Form 11-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JILIN FOREST INDUSTRY JINQIAO FLOORING GROUP CO., LTD.<br><br>                    Plaintiff,<br>        v.<br><br>UNITED STATES,<br><br>                    Defendant. | Court No. 18-00191 |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STAY PROCEEDINGS.

On May 25, 2021, Defendant filed a Motion to Stay Proceedings pending a final decision by the U.S. Court of Appeals for the Federal Circuit in *China Mfrs. Alliance, LLC v. United States*, Appeal Nos. 2020-1159, -1210.   Plaintiff Jilin Forest Industry Jinqiao Flooring Group Co., Ltd. ("Jilin Forest") indicated at that time that it intended to oppose Defendant's motion.

The Court of Appeals for the Federal Circuit issued its final decision in *China Mfrs. Alliance, LLC v. United States* on June 10, 2021.   In light of this new development, Jilin Forest hereby withdraws its opposition to Defendant's Motion to Stay.   Jilin Forest agrees that a stay of this case is appropriate until the Court of Appeals for the Federal Circuit issues its final mandate. Within 30 days of the issuance of the final mandate, the parties should file a status report informing the Court of their positions regarding how the case should proceed, as set forth in Defendant's proposed Order.

123695501.1

        Respectfully submitted,

/s/*Lizbeth R. Levinson*

FOX ROTHSCHILD LLP
Suite 380 East
1030 15th Street, NW
Washington, DC  20005
Tel:     (202) 794-1182
Fax:    (202) 461-0302
Email:  llevinson@foxrothschild.com

June 15, 2021

123695501.1

123695501.1