UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JILIN FOREST INDUSTRY JINQIAO FLOORING GROUP CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Before: Richard K. Eaton, Judge<br><br>Court No. 18-00191 |

## ORDER

Upon consideration of the Defendant's May 25, 2021 motion to stay, and other papers and proceedings, it is

**ORDERED** that the motion to stay be, and hereby is, GRANTED; and it is further

**ORDERED** that by Friday, July 16, 2021, the parties file briefs, with a twenty-five page limit, on whether and how the decision of the Court of Appeals for the Federal Circuit in *China Manufacturers Alliance, LLC, et al. v. United States*, Consol. Appeal No. 2020-1159 (Fed. Cir. June 10, 2021) bears on the issues that were remanded to Commerce in this case; and it is further

**ORDERED** that oral argument be, and it hereby is, scheduled for teleconference on Thursday, July 22, 2021, at 11:00 a.m., the court to provide call details to the parties in advance of said teleconference.

/s/ Richard Eaton
Richard K. Eaton, Judge

Dated: June 16, 2021
New York, New York