## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JILIN FOREST INDUSTRY JINQIAO FLOORING GROUP CO., LTD.,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant.* | Before: Richard K. Eaton, Judge<br><br>Consol. Court No. 18-00191 |

### PLAINTIFF'S COMMENTS ON COMMERCE'S FINAL REDETERMINATION PURSUANT TO SECOND REMAND ORDER

On behalf of Jilin Forest Industry Jinqiao Flooring Group Co. Ltd. ("Jilin Forest"), we hereby comment on the Department of Commerce's ("Commerce's") Final Redetermination issued pursuant to *Jilin Forest Industry Jinqiao Flooring Group Co. Ltd. v. United States*, Slip Op. 23-14, Court No. 18-00191 (CIT February 9, 2023) (*Second Remand Order*). In its Second Remand Order, the Court held that Commerce's application of the non-market economy ("NME") presumption to cooperative mandatory respondent Jilin Forest was unlawful. The Court ordered that Commerce calculate an individual weighted-average dumping margin for Jilin Forest using the company's own information. The Department of Commerce issued its Final Results of Redetermination on May 3, 2023.

In accordance with the Court's instructions, Commerce has now calculated a final remand redetermination weighted-average dumping margin of zero. *See Multilayered Wood*

1

*Flooring from the People's Republic of China:* Final Results of Redetermination Pursuant to Court Order; 2015-2016, (May 3, 2023) at 20.  Commerce's final redetermination has fully implemented the Court's instructions and has properly calculated the antidumping margin in accordance with law.  *Id*.  Accordingly, we respectfully urge the Court to affirm these final results of redetermination.

                                               Respectfully submitted,

                                               */s/ Lizbeth R. Levinson*
                                               Lizbeth R. Levinson
                                               Brittney R. Powell

                                               FOX ROTHSCHILD LLP
                                               2020 K Street, NW
                                               Suite 500
                                               Washington, DC  20006
                                               Tel: (202) 794-1182
                                               Email: llevinson@foxrothschild.com