UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

| | |
|---|---|
| JILIN FOREST INDUSTRY JINQIAO FLOORING GROUP CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Court No. 18-00191 |

# NOTICE OF APPEAL

Notice is hereby given that the defendants in the above-captioned action hereby appeal to the United States Court of Appeals for the Federal Circuit from the accompanying final judgment entered on June 9, 2023.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

/s/ Brendan D. Jordan
BRENDAN D. JORDAN
Trial Attorney
U.S. Dept. of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480

1


                                                      Ben Franklin Station
                                                      Washington, D.C. 20044
                                                      Telephone: (202) 616-0342
                                                      E-mail: Brendan.D.Jordan@usdoj.gov

August 1, 2023                                           Attorneys for Defendant