# United States Court of Appeals for the Federal Circuit

---

**JILIN FOREST INDUSTRY JINQIAO FLOORING GROUP CO., LTD.,**

*Plaintiff-Appellee*

v.

**UNITED STATES,**

*Defendant-Appellant*

---

2023-2245

---

Appeal from the United States Court of International Trade in No. 1:18-cv-00191-RKE, Senior Judge Richard K. Eaton.

---

## MANDATE

---

In accordance with the judgment of this Court, entered July 28, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

September 18, 2025
Date



Jarrett B. Perlow
Clerk of Court