UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JILIN FOREST INDUSTRY JINQIAO FLOORING GROUP CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Before: Richard K. Eaton, Judge <br><br> Court No. 18-00191 |

## ORDER

In accordance with the decision of the U.S. Court of Appeals for the Federal Circuit in *Jilin Forest Industry Jinqiao Flooring Group Co. v. United States*, 145 F.4th 1308 (Fed. Cir. 2025), and the mandate issued therewith, *see* Mandate, Sept. 18, 2025, ECF No. 78, and upon consideration of the joint status report filed by the parties, ECF No. 80, it is hereby

**ORDERED** that the Department of Commerce's Final Results of Redetermination Pursuant to Remand Order, November 16, 2021, ECF No. 62, are sustained in all respects; and it is further

**ORDERED** that judgment is entered in favor of the United States.

/s/ Richard K. Eaton
Judge

Dated: October 1, 2025
New York, New York